NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN L. NORMAN,                                )
                                               )
          Appellant,                           )
                                               )
v.                                             )          Case No. 2D16-4777
                                               )
BAY WINDS LODGING SARASOTA,                    )
LLC, d/b/a HYATT PLACE                         )
SARASOTA/BRADENTON AIRPORT,                    )
                                               )
          Appellee.                            )
_____        )

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Sarasota
County; Rochelle Curley, Judge.

John L. Norman, pro se.

Lawrence J. Dougherty of Foley & Lardner
LLP, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.